IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TERESITA GONZALEZ, et al.,** | 06-CV-1056-SU |
| Plaintiffs, | ORDER |
| v. | |
| **SELECT ONION CO., LLC,** | |
| Defendant. | |

**DAVID R. HENRETTY**
**SPENCER M. NEAL**
Oregon Law Center
225 S.W. First Avenue
Suite 6
Ontario, OR 97914
(541) 889-3296

      Attorneys for Plaintiffs

**CHARLES M. SIMMONS**
P.O. Box 192
Vale, OR 97918
(208) 739-5865

      Attorney for Defendant

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#50) on May 17, 2007, in which she recommended this Court grant in part and deny in part Plaintiffs' Motion to Certify the Class and for Notice under FLSA (#18). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#50). Accordingly, the Court **GRANTS in part** and **DENIES in part** Plaintiffs' Motion to Certify the Class and for Notice under FLSA (#18) as follows:

1. **GRANTS** Plaintiffs' Motion for Notice and
2. **DENIES** Plaintiffs' Motion to Certify the

Class with leave to renew after further discovery.

IT IS SO ORDERED.

DATED this 6th day of July, 2007.


/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3 - ORDER